```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――

**UNITED STATES OF AMERICA,**

       - against -

**ALIXANDRIA LAUTURE,**

              **Defendant.**

―――――――――――――――――――――――――――――

**23-cr-578-5 (JGK)**

**ORDER**

**JOHN G. KOELTL, District Judge:**

The parties are directed to appear for a conference in connection with the proposed modification of the conditions of release on **Thursday, September 4, 2025, at 11:30 a.m.** in Courtroom 14A, 500 Pearl Street, New York, New York 10007.

**SO ORDERED.**

**Dated:**   **New York, New York**
         **August 25, 2025**

                                          /s/ John G. Koeltl
                                          **John G. Koeltl**
                                **United States District Judge**