UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -against-

ALIXANDRIA LAUTURE,
                    Defendant.
------------------------------------------------------------X

23 cr 578 (JGK)

**ORDER**

       For the reasons stated at a conference today, bail for the defendant, Alixandria Lauture, is modified as follows: The curfew and electronic monitoring provision of the defendant's bail is eliminated.

**SO ORDERED.**

                                                     /s/ John G. Koeltl
                                         JOHN G. KOELTL
                                       **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
          September 17, 2025