

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

February 25, 2026

**BY ECF**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *United States v. Alixandria Lauture*, S2 23 Cr. 578 (RA)

Dear Judge Abrams:

      The Government respectfully writes on behalf of the parties to request an adjournment of the pretrial conference for defendant Alixandria Lauture, which is currently scheduled for February 27, 2026. On February 11, 2026, the Honorable John G. Koeltl adjourned the status conference for Ms. Lauture's co-defendant to March 26, 2026, upon the joint request of the parties. (Dkt. 162). The Government and counsel for Ms. Lauture jointly and respectfully request a 30-day adjournment of the February 27, 2026 conference, which will enable the Government to advise this Court on the need, if any, to coordinate Ms. Lauture's case with the pending case of Ms. Lauture's co-defendant, and also enable the parties to continue their ongoing discussions regarding a potential pretrial disposition of this case. The defendant consents to the exclusion of time under the Speedy Trial Act through the date of any rescheduled conference.

      JAY CLAYTON
      United States Attorney

      By:      ___/s/_____
           William K. Stone / Jerry J. Fang
           Assistant United States Attorneys
           Southern District of New York
           Tel. 212-637-2521 / 2584

cc: Thomas Dunn, Esq. (by ECF)