Mod AO 442 (09/13) Arrest Warrant    AUSA Name & Telno: Jerry J. Fang (212-637-2584) / William K. Stone (212-637-2521)

# UNITED STATES DISTRICT COURT
### for the
### Southern District of New York

United States of America
v.

ALIXANDRIA LAUTURE

)
)
)
)
)
)
)

Case No.    S2 23 Cr. 578 (RA)

Defendant

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    ALIXANDRIA LAUTURE                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☑ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 3147(1) (commission of a felony while on pretrial release)

Date:    12/26/2025

_Issuing officer's signature_

City and state:    New York, New York

Hon. Sarah Netburn, Chief U.S. Magistrate Judge
_Printed name and title_

| Return | |
|---|---|
| This warrant was received on *(date)* 12/17/25 , and the person was arrested on *(date)* 1/6/2026 at *(city and state)* New York, New York . | |

Date:  1/6/2025

_Arresting officer's signature_

DUSM Francis Veltri
_Printed name and title_