UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

ALIXANDRIA LAUTURE,

Defendant.

No. S2 23-CR-578-05

ORDER

---

RONNIE ABRAMS, United States District Judge:

On consent of the parties, the status conference originally scheduled for April 2, 2026, is adjourned to April 10, 2026 at 2:00 p.m. Time is excluded until April 10, 2026, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).

SO ORDERED.

Dated:    March 31, 2026
          New York, New York

Ronnie Abrams
United States District Judge