# Law Office of Angus James Bell

30 Wall Street, 8th Floor New York, New York 10005
Tel: (212) 804-5765   Fax: (718) 504-6351
Email: ajamesbelllaw@gmail.com

June 16, 2026

**BY ECF**
Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re:**    *United States v. Alixandria Lauture*, **S2 23 Cr. 578 (RA)**

Your Honor:

I represent defendant Alixandria Lauture as CJA-appointed counsel and write respectfully to request a thirty (30) day adjournment of the status conference currently scheduled for June 17, 2026, at 2:30 p.m. The adjournment will allow defense counsel time to review discovery and will permit the parties ability to continue their discussions regarding a potential pretrial resolution of this matter. I have conferred with AUSA Jerry J. Fang, who advises that the Government has no objection to this request.

The Government further seeks, and the defense consents, to an exclusion time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from the date of the currently scheduled conference through the date of the rescheduled conference. For the reasons set forth above, the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

This is the first request to adjourn this conference. Should the Court be inclined to grant the request, counsel would suggest adjourning this matter to July 16, 2026 or a date thereafter that is convenient to the Court. Thank you in advance for your consideration of this request.

Respectfully submitted,

*Angus J. Bell*
Angus James Bell
Law Office of Angus James Bell, LLC
CJA-Appointed Counsel for Defendant Alixandria Lauture

cc:   Hon. Sarah Netburn, U.S.M.J. (by ECF)
      All counsel of record (by ECF)

Application granted. The status conference is adjourned to July 16, 2026 at 3:00 p.m. Time is excluded until July 16, 2026 under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
June 16, 2026

1