# Law Office of Angus James Bell

30 Wall Street, 8th Floor New York, New York 10005
Tel: (212) 804-5765    Fax: (718) 504-6351
Email: ajamesbelllaw@gmail.com

July 14, 2026

**BY ECF**
Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re:**    ***United States v. Alixandria Lauture*, S2 23 Cr. 578 (RA)**

Your Honor:

I represent defendant Alixandria Lauture as CJA-appointed counsel and write respectfully to request a sixty (60) day adjournment of the status conference currently scheduled for July 16, 2026, at 3:00 p.m. The adjournment will allow defense counsel additional time to complete review of the discovery produced in this matter and will permit the parties to continue their discussions regarding a potential pretrial resolution. I have conferred with AUSA Jerry J. Fang, who advises that the Government has no objection to this request.

The defense further requests an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from the date of the currently scheduled conference through the date of the rescheduled conference. The Government does not object to the requested exclusion.

This is the second request to adjourn this conference. The Court granted the first such request on June 16, 2026. (Dkt. No. 203.) Should the Court be inclined to grant the present request, counsel would suggest adjourning this matter to September 15, 2026 or a date thereafter that is convenient to the Court. Thank you in advance for Your Honor's consideration of this request.

Respectfully submitted,

*Angus J. Bell*
Angus James Bell
Law Office of Angus James Bell, LLC
CJA-Appointed Counsel for Defendant Alixandria Lauture

cc:    Hon. Sarah Netburn, U.S.M.J. (by ECF)
       All counsel of record (by ECF)

1